IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02447-RPM

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,
as Subrogee of Landow Aviation Limited Partnership and
LANDOW AVIATION I, INC., LANDOW AVIATION I, INC.,

      Plaintiffs,

EAGLESPAN STEEL STRUCTURES, LLC and
INDEPENDENT TESTING & INSPECTION SERVICES, INC.,

      Defendants.
_____

ORDER GRANTING MOTION TO STAY PROCEEDINGS
_____

      After review of plaintiffs' Motion to Stay Proceedings, filed October 28, 2011 [4], it is

      ORDERED that the motion is granted and this civil action is stayed until further order by the Court.

      Dated: December 20 , 2011

      BY THE COURT:

      s/Richard P. Matsch
      _____
      Richard P. Matsch, Senior District Judge