IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:11-CV-02447-RPM

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, as subrogee of Landow Aviation Limited Partnership, et al.

      Plaintiff,

v.

EAGLESPAN STEEL STRUCTURES, LLC, et al.

      Defendants.

_____

**ORDER OF DISMISSAL**
_____

      This matter, having come before the Court upon the Stipulation of Voluntary Dismissal filed on behalf of the parties, and the Court having been advised in the premises, it is hereby

      ORDERED said Stipulation is GRANTED; this matter is DISMISSED.

Dated this 15th day of October, 2013.

      BY THE COURT:

      s/Richard P. Matsch
      _____
      United States District Court Judge